IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISHNA JOHNIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3065 |
| | ) | |
| V. | ) | |
| | ) | |
| KEITH BROADFOOT, SCOTT BUSBOOM, MICHELE CAPPS, SHAUN SHERMAN, BRIAN GAGE, SCOTT FRAKES, and NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, | ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

On August 18, 2016, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 7th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge